FILED

JUN 25 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:25 CR 00317 |
| JAMES P. JACKSON, | ) | Title 18, United States Code, Section 1951(a) |
| Defendant. | ) | |

**JUDGE POLSTER**

GENERAL ALLEGATIONS

At all times relevant to this Information:

Relevant Individuals and Entities

1. Defendant JAMES P. JACKSON resided in or around Niles, Ohio.

2. The Trumbull County Correctional Institution ("TCI") was located in or around Leavittsburg, Ohio, and housed prisoners of the State of Ohio.

3. Defendant was employed by TCI as a maintenance worker, where he performed general maintenance at the facility. In this position, Defendant had access to non-public areas of the facility, including access to inmate cells. He also had regular contact with inmates.

COUNT 1
(Hobbs Act Extortion Under Color of Official Right, in violation of 18 U.S.C. § 1951(a))

The Acting United States Attorney charges:

4. The factual allegations contained in paragraphs 1 through 3 of this Information are incorporated by reference as if stated fully herein.

5. On or about February 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant JAMES P. JACKSON did knowingly obstruct, delay, and affect, and attempt to

obstruct, delay, and affect, in any way and degree, commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951; that is, Defendant obtained property not due Defendant or his office from a family member of an inmate at TCI, with the inmate's and inmate's family member's consent, under color of official right, through bribery, to wit: Defendant agreed to deliver two contraband packages, containing 97.67 grams of a mixture and substance containing Methamphetamine, 207.63 grams of Synthetic cannabinoid, 32.85 grams of PCP, multiple other drugs, a cell phone, and SIM cards, to an inmate at TCI, in exchange for a payment of $2,000 from the inmate's family member, all in violation of Title 18, United States Code, Section 1951(a).

CAROL M. SKUTNIK
Acting United States Attorney

By: /s/ Elliot Morrison
Elliot Morrison, Chief
White Collar Crimes Unit